IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-268-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER SEALING CASE |
| ) | |
| WATSON LAND, BEING LEGALLY ) | |
| DESCRIBED IN DEED BOOK 013387, ) | |
| PAGES 02218-02220 OF THE WAKE ) | |
| COUNTY REGISTRY, NORTH CAROLINA, ) | |
| HAVING THE PHYSICAL ADDRESS OF ) | |
| 12716 RICHMOND RUN DRIVE, ) | |
| RALEIGH, WAKE COUNTY, NORTH ) | |
| CAROLINA, AND BEING TITLED IN THE ) | |
| NAME OF ANTONETTE WATSON; AND ANY ) | |
| AND ALL PROCEEDS FROM THE SALE OF ) | |
| SAID PROPERTY, ) | |
| ) | |
| Defendant. ) | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that this case be sealed until further order of this Court. However, with the exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimants upon request.

SO ORDERED.

This 23rd day of May, 2012.

_____
United States District Judge